No. 76–239.   BAMFORD ET AL. v. GARRETT ET AL.   C. A. 3d Cir.   Motion of Pennsylvania State Association of County Commissioners for leave to file a brief as *amicus curiae* denied.

No. 76–5317.   GREEN v. WYRICK, WARDEN;

No. 76–5369.   WHITE ET AL. v. HENDERSON, WARDEN; and

No. 76–5379.   GRISMORE v. PUTNAM, WARDEN.   Motions for leave to file petitions for writs of habeas corpus denied.

No. 75–1868.   NATIONAL GEOGRAPHIC SOCIETY v. CALIFORNIA BOARD OF EQUALIZATION.   Appeal from Sup. Ct. Cal. Probable jurisdiction noted.   THE CHIEF JUSTICE took no part in the consideration or decision of this matter.

No. 76–180.   SMITH, ADMINISTRATOR, NEW YORK CITY HUMAN RESOURCES ADMINISTRATION, ET AL. v. ORGANIZATION OF FOSTER FAMILIES FOR EQUALITY & REFORM ET AL.;

No. 76–183.   SHAPIRO, EXECUTIVE DIRECTOR, NEW YORK STATE BOARD OF SOCIAL WELFARE, ET AL. v. ORGANIZATION OF FOSTER FAMILIES FOR EQUALITY & REFORM ET AL.;

No. 76–5193.   RODRIGUEZ ET AL. v. ORGANIZATION OF FOSTER FAMILIES FOR EQUALITY & REFORM ET AL.; and

No. 76–5200.   GANDY ET AL. v. ORGANIZATION OF FOSTER FAMILIES FOR EQUALITY & REFORM ET AL.   Appeals from D. C. S. D. N. Y.   Motions of appellants for leave to proceed *in forma pauperis* in Nos. 76–5193 and 76–5200 granted.   Probable jurisdiction noted, cases consolidated, and a total of one and one-half hours allotted for oral argument.

No. 75–1578.   WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA v. SYKES.   C. A. 5th Cir.   Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.